# United States District Court

### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| LAUREL TRUSSELL, | § | |
| | § | Civil Action No. 4:16-CV-925 |
| v. | § | (Judge Schell/Judge Nowak) |
| | § | |
| COMMISSIONER, SSA, | § | |
| | § | |

## MEMORANDUM OPINION AND ORDER

The court, having reviewed Plaintiff's Motion for Award of Attorney Fees (Dkt. #21) and Commissioner's Response to Plaintiff's Petition for Attorney Fees (Dkt. #22), wherein Defendant states it has no objection to Plaintiff's request, finds that Plaintiff's Motion is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Motion (Dkt. #21) is **GRANTED**, and the Commissioner is directed to pay six thousand one hundred six dollars and fifty-three cents ($6,106.53) as reasonable attorney's fees and costs payable to Plaintiff, such payment to be mailed to Plaintiff's counsel.

**IT IS SO ORDERED**.

**SIGNED this the 13th day of June, 2018.**

_Richard A. Schell_
_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE